**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 07-20548 | LMI | Judge: Laurel M. Isicoff | Trustee Name: | Alan L. Goldberg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Maximo G. Monterrey | | | Date Filed (f) or Converted (c): | 11/30/07 (f) |
| | | | | 341(a) Meeting Date: | 01/07/08 |
| For Period Ending: | 09/30/09 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD (Exempt) 7631 SW 67th Avenue Miami, Floirda 33143 | 670,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON DEPOSIT - Checking (Exempt) Eastern Financial Credit Union | 18.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. JEWELRY (Exempt) | 130.00 | 0.00 | DA | 0.00 | FA |
| 5. AUTOMOBILE 2005 Acura | 22,999.00 | 0.00 | OA | 0.00 | FA |
| 6. AUTOMOBILE (Exempt) 2006 BMW | 34,610.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $728,357.00 | $0.00 | | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Notice of Intent to Abandon Asset # 1, filed on 10/9/09.(after 341 meeting)

Trustee's Motion to Revoke Debtor's Discharge filed on 3/3/09 (Hearing 03/19/09 @ 10:00 a.m.) (Order Dated 10/08/09).

Stipulation for $3,000 to Repurchase Non-Exempt Assets payable in 5 monthly installments of $600.00 filed on 05/19/08

(CNR filed 06/12/08)(Order dated 06/28/08) commencing on 04/30/08.

Notice of Intent to Abandon Asset #5 and Asset #6, filed on 03/28/08.(after 341 meeting)

Initial Projected Date of Final Report (TFR): 12/30/08       Current Projected Date of Final Report (TFR): 12/30/09

LFORM1                                                                                                                                                                              Ver: 15.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 07-20548 LMI Judge: Laurel M. Isicoff | Trustee Name: Alan L. Goldberg, Trustee |
| Case Name: Maximo G. Monterrey | Date Filed (f) or Converted (c): 11/30/07 (f) |
| | 341(a) Meeting Date: 01/07/08 |
| | Claims Bar Date: |

/s/ Alan L. Goldberg, Trustee
_____ Date: 10/30/09
ALAN L. GOLDBERG, TRUSTEE

LFORM1

Ver: 15.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 07-20548 -LMI | Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|---|---|
| Case Name: | Maximo G. Monterrey | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | ******* |
| Taxpayer ID No: | | | |
| For Period Ending: | 09/30/09 | Blanket Bond (per case limit): | $ 6,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO BANK ACCOUNTS | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - ********CCTS | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 0.00 | 0.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

LFORM24

Ver: 15.02